Matter of Llevat (2023 NY Slip Op 04629)

Matter of Llevat

2023 NY Slip Op 04629

Decided on September 14, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 14, 2023

PM-213-23
[*1]In the Matter of Jorge Llevat, an Attorney. (Attorney Registration No. 2290161.)

Calendar Date:September 5, 2023

Before:Garry, P.J., Egan Jr., Aarons, Ceresia and Fisher, JJ.

Jorge Llevat, Barcelona, Spain, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Jorge Llevat was admitted to practice by this Court in 1989 and lists a business address in Barcelona, Spain with the Office of Court Administration. Llevat now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Llevat's application.
Upon reading Llevat's affidavit sworn to June 15, 2023 and filed August 14, 2023, and upon reading the September 1, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Llevat is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Egan Jr., Aarons, Ceresia and Fisher, JJ., concur.
ORDERED that Jorge Llevat's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Jorge Llevat's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Jorge Llevat is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Llevat is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Jorge Llevat shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.